UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDY MONIQUE TAYLOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.  1:22-cv-00215-AWI-BAM<br><br>**ORDER REGARDING PLAINTIFF'S NOTICE OF 28-DAY PERMITTED EXTENSION OF TIME**<br><br>(Doc. 13) |

Plaintiff initiated this action seeking judicial review of an administrative decision of the Commissioner of Social Security denying a claim for social security disability insurance and supplemental security income benefits on February 21, 2022.  (Doc. 1.)

On July 19, 2022, Plaintiff filed a notice of 28-day permitted extension of time, which gave notice of Plaintiff's election of a 28-day extension of time to file a motion for summary judgment as permitted under the Court's Amended Scheduling Order.  (Doc. 13.)

The Court's Amended Scheduling Order provides as follows:

> Each party is entitled to a single extension of time of up to twenty-eight (28) days, with no requirement for consent of the opposing party or Court order.  Upon filing a Notice of Extension with the Court, Plaintiff shall be granted an extension of time of more than twenty-eight (28) days to file the motion for summary judgment . . . .  All other deadlines will be adjusted accordingly.

(Doc. 10 at ¶ 7.)  Based on this provision, the Court gives effect to Plaintiff's notice of 28-day extension time to file a Motion for Summary Judgment and no further motion or Court order is

required. Plaintiff shall file a Motion for Summary Judgment on or before September 12, 2022. All other deadlines in the Court's Amended Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated: **July 20, 2022**            /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE